UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KENYACHTA SHEARS** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 11-1782** |
| **MURMANSK SHIPPING COMPANY, ET AL.** | * | **SECTION "L"(5)** |

### ORDER

The Court having been advised that all of the parties to Civil Action No. 11-1782, entitled *Kenyachta Shears v. Murmansk Shipping Company, et al.*, have firmly agreed upon a compromise,

IT IS ORDERED that the action be and it is hereby DISMISSED without costs and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

New Orleans, Louisiana, this 26th day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE